1 | BRIAN E. WASHINGTON, COUNTY COUNSEL
BRANDON W. HALTER, Deputy (SBN 289687)
2 | 3501 Civic Center Drive, Ste. 275
San Rafael, CA 94903
3 | Tel.: (415) 473-6117,
Fax: (415) 473-3796
4 | bhalter@marincounty.org

5 | Attorneys for Respondent
COUNTY OF MARIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAPLANE ADVENTURES, LLC, a California limited liability company<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN, CALIFORNIA; AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | Case No. 4:20-cv-06222-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT COUNTY OF MARIN TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED, by and between plaintiff SEAPLANE ADVENTURES and defendant COUNTY OF MARIN (collectively referred to herein as "the Parties") by and through their respective attorneys of record as follows:

The Parties stipulate, and respectfully request entry of an order stating, that the time within which defendant County of Marin may file and serve its response to plaintiffs' Complaint is hereby extended from October 2, 2020 to November 2, 2020.

Respectfully Submitted

Dated: September 30, 2020

BRIAN E. WASHINGTON
COUNTY COUNSEL


By: /s/ Brandon W. Halter
    Brandon W. Halter[1]
    Attorneys for Defendant
    COUNTY OF MARIN

Dated: September 30, 2020

By: /s/ John E. Sharp
    John E. Sharp
    Attorneys for Plaintiff
    SEAPLANE ADVENTURES, LLC

---

[1] Pursuant to Civil L.R. 5-1(i), filing counsel attests that concurrence in the filing of this document has obtained from each of the other signatories.

**[PROPOSED] ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to extend the deadline for defendant County of Marin to respond to complaint currently due October 2, 2020, to November 2, 2020.

**IT IS SO ORDERED.**

DATED: September 30, 2020

Hon. Kandis A. Westmore<br>
United States Magistrate Judge