1  BRIAN E. WASHINGTON, COUNTY COUNSEL
   BRANDON W. HALTER, Deputy (SBN 289687)
2  3501 Civic Center Drive, Ste. 275
   San Rafael, CA 94903
3  Tel.: (415) 473-6117,
   Fax: (415) 473-3796
4  bhalter@marincounty.org

5  Attorneys for Defendant
   COUNTY OF MARIN
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | SEAPLANE ADVENTURES, LLC, a          | Case No. 4:20-cv-06222-WHA
   | California limited liability company |
12 |                                      | **STIPULATION AND [PROPOSED] ORDER
   |                                      | TO EXTEND TIME OF DEFENDANT
13 |            Plaintiff,                | COUNTY OF MARIN TO RESPOND TO
   |                                      | PLAINTIFF'S COMPLAINT**
14 |       v.                             |
   |                                      |
15 | COUNTY OF MARIN, CALIFORNIA;         |
   | AND DOES 1 THROUGH 10,               |
16 | INCLUSIVE                            |
   |                                      |
17 |           Defendants                 |

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION TO EXTEND TIME OF DEFENDANT COUNTY OF MARIN TO RESPOND TO PLAINTIFF'S COMPLAINT

126594

1  WHEREAS, plaintiff SEAPLANE ADVENTURES, LLC ("Seaplane") and defendant COUNTY OF MARIN ("County") previously stipulated and respectfully requested entry of an order extending the deadline for County to respond to Seaplane's complaint in this matter to November 9, 2020; and

 WHEREAS, Seaplane and County are still in the process of meeting and conferring in good faith in an effort to determine whether the parties can agree on a resolution that would resolve County's objections to Seaplane's complaint without motion practice, and believe that a short additional extension of the deadline for County to respond to Seaplane's complaint would further such meet and confer efforts;

 NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Seaplane and County, by and through their respective attorneys of record, as follows:

 The Parties stipulate, and respectfully request entry of an order stating, that the time within which defendant County of Marin may file and serve its response to plaintiffs' Complaint is extended from November 9, 2020 to November 16, 2020.

Respectfully Submitted

Dated: November 6, 2020

BRIAN E. WASHINGTON
COUNTY COUNSEL


By: /s/ Brandon W. Halter
    Brandon W. Halter[1]
    Attorneys for Defendant
    COUNTY OF MARIN

Dated: November 6, 2020

By: /s/ John E. Sharp
    John E. Sharp
    Attorneys for Plaintiff
    SEAPLANE ADVENTURES, LLC

---

[1] Pursuant to Civil L.R. 5-1(i), filing counsel attests that concurrence in the filing of this document has obtained from each of the other signatories.

1

# [PROPOSED] ORDER

2  The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues

3  an Order to extend the deadline for defendant County of Marin to respond to complaint currently due

4  November 9, 2020, to November 16, 2020.

5  **IT IS SO ORDERED.**   <span style="color:red">The parties shall please review Civil Local Rule 6-1(a).  Please do not delay.</span>

6

7  DATED:  ~~November 6, 2020~~
          November 10, 2020.

8

9

10  _____
    Honorable William ~~H.~~ Alsup
11  United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28