John E. Sharp, Esq., SBN 085615
Gillian Edmonds, Esq. (SBN 293109)
LAW OFFICES OF JOHN E. SHARP
24 Professional Center Parkway, Suite 110
San Rafael, CA 94903
Telephone: (415) 479-1645
Facsimile: (415) 295-7020

Attorneys for Plaintiff:
SEAPLANE ADVENTURES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAPLANE ADVENTURES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MARIN, CALIFORNIA; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 3:20-cv-06222-WHA<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2020, I electronically filed the foregoing **FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users, including defendant's counsel.

*/s/ John E. Sharp*
John E. Sharp, Esq.
LAW OFFICES OF JOHN E. SHARP

- 1 -
CERTIFICATE OF SERVICE