UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAPLANE ADVENTURES,

    Plaintiff,

  v.

COUNTY OF MARIN, CALIFORNIA,

    Defendant.

No. C-20-06222-WHA

**REQUEST FOR FEDERAL AVIATION ADMINISTRATION TO APPEAR AS AN AMICUS CURIAE**

This action involves the potential preemptive effect of federal aviation law administered by the Federal Aviation Administration on the authority of a local government to enact and enforce a health order that prohibits recreational flights including sightseeing flights (those that take off, loop an area, then return to the take-off location) and chartered flights for leisure travel (as opposed to chartered flights for essential activities and travel). In particular, the Court would like clarification as to whether 49 U.S.C. Section 41713(b)(1)'s requirement that local governments "not enact or enforce a law, regulation, or other provision having the force and effect of law related to a price, route, or service" applies to a local health order's prohibition of local recreational flights, such as local sightseeing or chartered leisure travel to other destinations. The Court would also benefit from verification as to what types of certifications Seaplane Adventures, LLC holds and to what extent preemption may depend on those certifications. The Court invites the Commission to participate as an amicus curiae to

better inform the Court on the proper application of federal aviation law.  The FAA shall please advise within **FOURTEEN DAYS** whether it will be able to do so.

The clerk of the court shall deliver this order to the Assistant Attorney General of the Civil Division located in San Francisco for conveyance to the appropriate FAA administrator.

**IT IS SO ORDERED.**

Dated:  March 10, 2020

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2