1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  Assistant United States Attorney
      450 Golden Gate Avenue, Box 36055
4     San Francisco, California 94102-3495
      Telephone: 415-436-6925
5     Sara.winslow@usdoj.gov

6  Attorneys for the Federal Aviation Administration

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAPLANE ADVENTURES, | CASE NO. 20-6222 WHA |
| Plaintiff, | **RESPONSE TO REQUEST FOR FEDERAL AVIATION ADMINISTRATION TO APPEAR AS AN AMICUS CURIAE** |
| v. | |
| COUNTY OF MARIN, CALIFORNIA, | |
| Defendant. | |

The Federal Aviation Administration (FAA) hereby responds to the Court's Request for Federal Aviation Administration to Appear as an Amicus Curiae (ECF 35).[1] There is an authorization process that must be followed in order for the FAA to file a brief in a case such as this, to which it is not a party. That process is underway, but is expected to take another month, as it involves senior officials within both the Department of Transportation and the Department of Justice. Therefore, the FAA responds to the Court's request by stating that, by May 26, 2021, it anticipates either filing a brief in this case or notifying the Court that it declines to do so.

---

[1] The Court requested a response within 14 days of March 10, 2021. As the United States was not made aware of the Court's request until April 12, 2021, it is responding within 14 days of April 12, 2021.

| | |
|---|---|
| Date: April 26, 2021 | Respectfully submitted,<br><br>STEPHANIE M. HINDS<br>Acting United States Attorney<br><br>_____/s/_____<br>SARA WINSLOW<br>Assistant United States Attorney<br>Attorneys for Defendants |

RESPONSE TO REQUEST FOR FAA TO APPEAR
20-6222 WHA