John E. Sharp, Esq., SBN 085615
LAW OFFICES OF JOHN E. SHARP
24 Professional Center Parkway, Suite 110
San Rafael, CA 94903
Telephone: (415) 479-1645
Facsimile:  (415) 295-7020

Attorneys for Plaintiff
SEAPLANE ADVENTURES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAPLANE ADVENTURES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MARIN, CALIFORNIA; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 20-cv-06222-WHA<br><br>DECLARATION OF ANDREW WAIT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>Complaint filed: September 2, 2020<br>Trial Date:  December 8, 2021<br><br>DATE: October 7, 2021<br>TIME: 8:00AM<br>JUDGE: Honorable William Alsup<br>DEPT.: Courtroom 12, 19th Floor |

I, Andrew Wait, declare as follows:

1.  I am over the age of eighteen years old, and I make this declaration in support of Plaintiff's Opposition to Motion for Summary Judgment. I have personal knowledge of the facts stated herein and, if called as a witness in this matter, I could and would competently testify to the facts set forth below.

2.  I keep an airplane at Gnoss Field Airport in Novato, California, in a hangar that I lease. I was keeping the airplane in that hangar in March 2020, and I continue to keep that airplane in the

- 1 -

hanger. As a pilot, I understand commercial imperatives of 14 CFR 135 ("Part 135") carriers. I understand the processes of hundred-hour inspections and annual inspections and pilot recertification and drug testing.

3. As such, I have directly observed the comings and goings of air carriers at Gnoss Field. From my direct observation, from March 2020 through September 2020, the County did not shut down any air carriers at Gnoss-Field airport in any capacity, other than Skydive Golden Gate. The Gnoss Field air carriers were fully operational for flight school, charter flights, takeoffs and landings. The County did not limit their operations in any way—they flew for all purposes, including "recreation."

4. The air charter businesses that I'm aware of that operate out of Gnoss Field were not shut down pursuant to the Health Orders or otherwise—this includes Scanlon Aviation, Wheels Up, and Aeroclub Marin. The flight schools were not shut down. The flight rental programs at Gnoss Field were not shut down. I am actually not aware of any other aviation business that the County shut down pursuant to the Health Orders, other than the skydiving business (which I do not consider "aviation.").

5. Even though there was no distinction between pleasure and essential travel, the other air travel companies operating out of Gnoss Field remained in operation throughout the time the Marin County Health Orders were in effect.

6. I also have two friends who are flight instructors with Aeroclub Marin. Based on direct, contemporaneous communications with them, I know that Aeroclub Marin was operating during March-September 2020 for flight instruction. I directly saw a student in one seat of the plane, and the instructor in the other. In addition, I believe that Aeroclub Marin rented aircraft for recreational flying during this time period. This belief is based on the fact that I know the owners, and I know some of the pilots that rented the aircraft, and they told me that they went for a flight. I also personally observed the flights that they took. I personally observed these aircraft departing Gnoss Field and returning to Gnoss Field in the same

- 2 -

aircraft—I believe that they were recreational flights because they took off and returned to the same airfield (Gnoss Field). I cannot imagine another purpose for these flights.

7. The County never informed any of the Gnoss Field airlines that they were required to shut down. To my knowledge, the County was aware that the Gnoss-Field airlines were continuing operations out of Gnoss Field Airport, despite the Health Orders—as the County owns Gnoss Field.

8. An airline is categorized pursuant to how it is certified pursuant to FAA regulations. Part 135 does not distinguish between "recreational charter flights" and other charter flights. So, an airline is similar to another airline that is certified under Part 135, because if both airlines were certified pursuant to Part 135, that tells the FAA that both airlines are authorized to operate on-demand, unscheduled air service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of September, 2021, at Greenbrae, California.

_____/s/_____

Andrew Wait

_____

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated:  September 16, 2021                    LAW OFFICES OF JOHN E. SHARP

                                             By:_____/s/_____
                                                 John E. Sharp

                                             Attorney for Plaintiff
                                             SEAPLANE ADVENTURES, LLC

DECLARATION OF ANDREW WAIT
Case No. 20-cv-06222-WHA
