John E. Sharp, Esq., SBN 085615
Gillian Edmonds, Esq., SBN 293109
LAW OFFICES OF JOHN E. SHARP
24 Professional Center Parkway, Suite 110
San Rafael, CA 94903
Telephone: (415) 479-1645
Facsimile: (415) 295-7020

Attorneys for Plaintiff
SEAPLANE ADVENTURES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAPLANE ADVENTURES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MARIN, CALIFORNIA; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 20-cv-06222-WHA<br><br>[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Complaint filed: September 2, 2020<br>Trial Date: December 8, 2021<br><br>DATE: October 7, 2021<br>TIME: 8:00AM<br>JUDGE: Honorable William Alsup<br>DEPT.: Courtroom 12, 19th Floor |

Defendant COUNTY OF MARIN'S ("Defendant") Motion for Summary Judgment came on for regular hearing on October 7, 2021 at 8:00AM in Courtroom 12 of the above-entitled court.

John Sharp appeared on behalf of Plaintiff, SEAPLANE ADVENTURES, LLC ("Plaintiff"); Brandon W. Halter, Esq. appeared on behalf of Defendant COUNTY OF MARIN. The Court, having reviewed and considered the motion, opposition to the motion, any reply to the opposition to the motion, the arguments of counsel, the records and files, relevant information, documents and evidence in this matter; and the court being otherwise fully informed, now therefore, ORDERS as follows:

IT IS ORDERED that the Defendant's Motion for Summary judgment is DENIED.

1. Further,

_____

_____.

IT IS SO ORDERED.

Dated: _____

Hon. William Alsup
UNITED STATES DISTRICT JUDGE