John E. Sharp, Esq., SBN 085615
Gillian Edmonds, Esq. (SBN 293109)
LAW OFFICES OF JOHN E. SHARP
24 Professional Center Parkway, Suite 110
San Rafael, CA 94903
Telephone: (415) 479-1645
Facsimile:  (415) 295-7020

Attorneys for Plaintiff
SEAPLANE ADVENTURES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAPLANE ADVENTURES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MARIN, CALIFORNIA; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 20-cv-06222<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED, by and between Plaintiff SEAPLANE ADVENTURES and Defendant COUNTY OF MARIN (collectively "the Parties"), by and through their respective attorneys of record as follows:

The Parties stipulate, and respectfully request, that the date and time for the Parties to appear for a Mandatory Settlement Conference, currently scheduled for November 1, 2012, be continued to allow hearing on Defendant's Motion for Summary Judgment, recently re-set for November 4, 2021, to be heard prior to the Mandatory Settlement Conference.  The parties further request that the deadline to file Mandatory Settlement Conference Statements be continued commensurate with the newly scheduled MSC date.

- 1 -
STIP. AND [PROPOSED] ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE

Trial is currently scheduled on December 8, 2021

Respectfully submitted,

Dated: June 21, 2021					LAW OFFICES OF JOHN E. SHARP

							By:_____/s/_____
							       John E. Sharp
							       Attorneys for Plaintiff
							       SEAPLANE ADVENTURES, LLC

Dated: June 21, 2021					BRIAN E. WASHINGTON
							COUNTY COUNSEL

							By:_____/s/_____
							       Brandon W. Halter
							       Attorneys for Defendant
							       COUNTY OF MARIN

## ORDER

The Court, having reviewed the Stipulation of the Parties, and good cause appearing thereto, the Parties' Mandatory Settlement Conference shall be continued from November 1, 2021 to _____, 2021, and the Parties' Settlement Conference Statements shall be due 7 days prior to the Mandatory Settlement Conference.

**IT IS SO ORDERED.**

Dated: _____, 2021					_____
							Hon. Thomas S. Hixson
							United States Magistrate Judge