UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAPLANE ADVENTURES,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MARIN, CALIFORNIA,<br><br>    Defendant. | No. C 20-06222 WHA<br><br>**FINAL JUDGMENT** |

For the reasons stated in the orders on summary judgment and preemption (Dkts. 70, 76), **FINAL JUDGMENT** is hereby entered in favor of the County and against Seaplane on all claims except plaintiff's request for declaratory relief. Declaratory relief is granted only to the limited extent that the County may not prohibit charter travel services as explained in the order on preemption.

**THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 22, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE